UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Office Depot Inc.,<br><br>Defendant. | Civil Case No.:24-cv-03630(PJS/SGE)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The above-entitled action, having been fully compromised and settled, NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, that said above-captioned action may be and hereby is dismissed on the merits in its entirety, with prejudice and without costs, disbursements or attorney's fees to any party.

**THRONDSET MICHENFELDER, LLC**

Dated: January 13, 2025

By: */s/ Chad A. Throndset*
Chad A. Throndset (#0261191)
Patrick W. Michenfelder (#024207X)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
Fax: (763) 226-2515
chad@throndsetlaw.com
pat@throndsetlaw.com
jason@throndsetlaw.com
*Attorneys for Plaintiff*

Dated: January 13, 2025 **HAWS-KM, P.A.**

By: */s/Gustavo E. Ortiz Reynoso*
William L. Moran (#177167)
Gustavo E. Ortiz Reynoso (#0398837)
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
Tel: (651) 227-9411
wmoran@hkmlawgroup.com
gortizreynoso@hkmlawgroup.com
*Attorneys for Defendant*

4899-5582-3887, v. 1